OTC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RECEIVED
FEB 28 2018
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

_____ Division

DEUNTAE THOMAS
DEUNTAE THOMAS SOLE MBR
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

BARCLAYS CAPITAL INC.
BARCLAYS CAPITAL SECURITIES LTD
JAMES STALEY, GROUP CHIEF EXECUTIVE
see attached
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:18-cv-0257
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | DEUNTAE THOMAS |
   | Street Address | 437 1/2 COLLEGE ST |
   | City and County | SHREVEPORT, CADDO |
   | State and Zip Code | LOUISIANA, 71104 |
   | Telephone Number | 318.505.6282 |
   | E-mail Address | deuntaethomasllc@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: JAMES STALEY, GROUP CHIEF EXECUTIVE
- Job or Title (if known): PRINCIPLE EXECUTIVE OFFICER
- Street Address: 1 CHURCHILL PLACE CANARY WHARF
- City and County: LONDON XO
- State and Zip Code: NEW ENGLAND E14 5HP
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Barclays PLC
- Job or Title (if known):
- Street Address: 1 CHURCHILL PLACE CANARY WHARF
- City and County: LONDON XO
- State and Zip Code: NEW ENGLAND E14 5HP
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: BARCLAYS CAPITAL INC.
- Job or Title (if known):
- Street Address: 745 7TH AVENUE
- City and County: NEW YORK
- State and Zip Code: NY 10019
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Federal Tax Lien Act of 1966; the entire Uniform Commerical Code; UCC ARTICLE 4; U.S. Code Title 18; 18 U.S. Code Chapter 47; 18 U.S. Code Chapter 63; The National Bank Act; 42 U.S. Code Chapter 7; Defamation Laws; 28 U.S. Code Title 28; Dodd-Frank Act; All Laws dealing with fraud

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Deuntae Thomas, is a citizen of the State of *(name)* Louisiana.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* DEUNTAE THOMAS SOLE MBR, is incorporated under the laws of the State of *(name)* LOUISIANA, and has its principal place of business in the State of *(name)* LOUISIANA.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* JAMES STALEY, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* NEW ENLAND.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

           The defendant, *(name)* __Barclays Bank PLC__ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* __NEW ENGLAND__ , and has its principal place of business in *(name)* __NEW ENGLAND__ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$2,500,000 Total value of the CD and Savings Account opend with online Barclays and which Barclays and its representatives claim was reversed
$5,000,000 Under the National Bank Act which in financial institutions may be charged double for any damages caused for loss of property.
$10,000,000 For defemation of character and fraud.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I opened 4 accounts online with Barclays: 2 CD accounts ending in 6878 and 6880 valued at $1,000,000 each and two Savings Accounts ending in 6859 and 6861 valued at $250,000 each on July 11, 2014 using the account at the Federal Reserve Bank of Chicago ending in 5447 with the routing number 0710-0030-1 and received immediate confirmation electronically. On July 14,2017 I received an email communication stating that the transfers were reversed because the transfers were not accepted by the Federal Reserve Bank. In the exhibits that I provide I show that not only did the transfers go through and stick but all payments the Federal Reserve banks process are final and irrevocable. With this knowledge any competent person with this information will reason that since according to the rules for ACH payments that payments take up to two days to settle and once settled the payments are final, irrevocable, and that FedWire will not accept the money it has transferred out. All of this information can easily be found on the Federal Reserve website or by diligent self-search. Going by this information it stands to reason that if any reversals were to occur on day 3 or later of a FedWire transfer then no actual reversal has occurred but fraud and theft by the recepient of the funds from the Federal Reserve. Since this has occurred I have been calling into Barclays trying to speak with a high level manager to discuss the reasons for the theft the funds from the accounts and closure of these accounts without authorized permission from me. When I do call I get the run around and if/when I speak to a manager I am told that I have committed a scam and that the call will be disconnected immediately. Barclays has but me on their list for scammers and made it to where when I call in I can only speak with the Fraud Department, and now they claim that they have spoken to me on the subject matter and will no longer speak with me. The last time I contacted Barclays I had to call in multiple times, got disconnect multiple times, disrespected by the managers and employees, and told that I was a scammer when I tried to tell the managers that not only do I have evidence that I am in honor but I can show that Barclays took the money, allowed the payment to settle for the maximum time period of two-days, and prove that FedWire states that all of its transactions occur either instantaneously or same day and that these transfers are final, irrevocable, and FedWire will not take these payments back. They have dishonored my by claiming that I'm dealing with a fraudulent transaction.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I the plaintiff am asking that the court orders all members to individually pay the total amount $17,500,000 and I ask that if possible the individual defendants be locked away and the financial institutions be shut down for fraud, defamation of character, breaking federal laws, the hurt that has occurred. I ask that the payment from each individual and financial institution be made in cash, check, or money order payable to DEUNTAE THOMAS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/27/2018

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  DEUNTAE THOMAS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

DEUNTAE THOMAS
EXHIBIT A

Additional Defendants Attachment: Lawsuit against Barclays, et al

**BARCLAYS CAPITAL INC.**
*745 7TH AVENUE*
*NEW YORK NY 10019*

**BARCLAYS CAPITAL SECURITIES LTD**
5 THE NORTH COLONNADE
CANARY WHARF
LONDON X0 E14 4BB

DAVID HENDERSON, DIRECTOR
5 THE NORTH COLONNADE
LONDON, X0 E14 4BB

JAMES GIBSON, DIRECTOR
5 THE NORTH COLONNADE
LONDON, XO E14 4BB

BARCLAYS COMMERCIAL MORTGAGE SECURITIES LLC
745 SEVENTH AVENUE
NEW YORK NY 10019

Barclays Commercial Mortgage Securities LLC
745 SEVENTH AVENUE
NEW YORK NY 10019

LARRY KRAVETZ, PRESIDENT
745 SEVENTH AVENUE
NEW YORK NY 10019

**BlackRock Fund Advisors**
*400 HOWARD STREET*
*SAN FRANCISCO CA 94105*

Barclays Dryrock Funding LLC
100 S. WEST STREET, OFFICE 120
WILMINGTON DE 19801

BARCLAYS DRYROCK FUNDING LLC
100 S. WEST STREET, OFFICE 120
WILMINGTON DE 19801

BARCLAYS DRYROCK ISSUANCE TRUST
100 S. WEST STREET, OFFICE 120
WILMINGTON DE 19801

BARCLAYS BANK DELAWARE

Page 2 of 17

*[signature]*
DEUNTAE THOMAS
437 ½ COLLEGE ST
SHREVEPORT, LA 71104

DEUNTAE THOMAS
EXHIBIT A

100 S. WEST STREET, OFFICE 120
WILMINGTON DE 19801


CURT HESS, CEO
100 S. WEST STREET, OFFICE 120
WILMINGTON DE 19801

Barclays Bank Delaware
125 S. WEST STREET
WILMINGTON DE 19801

BARCLAYS BANK PLC
1 CHURCHILL PLACE
CANARY WHARF
LONDON X0 E14 5HP

Barclays Bank PLC
745 Seventh Avenue,
New York, New York 10019

Barclays Bank PLC
1 CHURCHILL PLACE
CANARY WHARF
LONDON X0 E14 5HP

JOHN THOMAS MCFARLANE, GROUP CHAIRMAN
1 CHURCHILL PLACE
CANARY WHARF
LONDON X0 E14 5HP

JAMES STALEY, GROUP CHIEF EXECUTIVE (PRINCIPLE EXECUTIVE OFFICER) AND
EXECUTIVE DIRECTOR
1 CHURCHILL PLACE
CANARY WHARF
LONDON X0 E14 5HP

TUSHAR MORZARIA, GROUP FINANCE DIRECTOR (PRINCIPLE FINANCIAL OFFICE AND
PRINCIPLE ACCOUNTING OFFICER) AND EXECUTIVE DIRECTOR
1 CHURCHILL PLACE
CANARY WHARF
LONDON X0 E14 5HP

MATTHEW LARSON, AUTHORIZED REPRESENTATIVE in the UNITED STATES
745 SEVENTH AVENUE,
NY, NEW YORK 10019

DEUNTAE THOMAS
437 ½ COLLEGE ST
SHREVEPORT, LA 71104